**Order entered September 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00729-CR

## EX PARTE ALIX HENRY SANDERS

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MC20-A1137-C**

## ORDER

Before the Court is appellant's September 25, 2020 motion for extension of time to file his brief. Appellant requests an extension of time because he desires to supplement the record on appeal. We **GRANT** the motion and **ORDER** appellant's brief filed by October 30, 2020.

A review of the clerk's record filed in this case shows the record does not include a final written order denying relief on appellant's post-conviction application for writ of habeas corpus nor does it include a certification of appellant's right to appeal. The trial court's denial of relief is reflected only in a docket entry.

Without a final written order, the court lacks jurisdiction over this appeal. *See* TEX. R. APP. P. 25.2(a)(2), 26.2(a); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008); *see also Ex parte Terry*, No. 12-20-00006-CR, 2020 WL 827591, at *1 (Tex. App.—Tyler Feb. 19, 2020, no pet.) (mem. op., not designated for publication) (habeas appeal must be dismissed if no final order has been entered). A docket sheet entry does not constitute an appealable order. *See State v. Shaw*, 4 S.W.3d 875, 878 (Tex. App.—Dallas 1999, no pet.). In addition to a final written order, the trial court must also file a certification of the right to appeal before this case may proceed. *See* TEX. R. APP. P. 25.2(d).

If a supplemental clerk's record is not filed by October 30, 2020 showing the trial court has entered a final order, the Court may dismiss this appeal for want of jurisdiction. If the record is supplemented with a final order, but it is not supplemented with a certification of the right to appeal, the Court may abate this appeal to the trial court for entry of a certification.

We **DIRECT** the Clerk to transmit a copy of this order to the Honorable Audrey Moorehead, Presiding Judge, County Criminal Court No. 3; to John F. Warren, Dallas County Clerk; and to counsel for the parties.

/s/ BILL PEDERSEN, III
JUSTICE